**Order entered July 24, 2018**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-18-00787-CV

### IN RE WILLIAM CLIFFORD BUTLER, Relator

**Original Proceeding from the 292nd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F92-20707 SV**

# ORDER
Before Justices Lang-Miers, Fillmore, and Stoddart

Based on the Court's opinion of this date, we **DISMISS** relator's July 9, 2018 petition for writ of mandamus for want of jurisdiction.

/s/     ELIZABETH LANG-MIERS
JUSTICE